UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EDNA CRUZ, as Administrator of the Estate of
DAVID MONTALVO, JR.,

                                    Plaintiff,

      -against-

CITY OF ROCHESTER, CITY OF ROCHESTER POLICE
DEPARTMENT, and CITY OF ROCHESTER POLICE
OFFICER JOHN DOES #1-10 (fictitiously named), in their
individual and official capacities,

                                   Defendants.
------------------------------------------------------------------------X

Docket No.: 22-CV-06050
                (DGL)(MWP)

**NOTICE OF APPEARANCE**

SIRS:

      **PLEASE TAKE NOTICE**, that PHILLIP H. KIM of The Russell Friedman Law Group, LLP hereby appears in the above-captioned action as attorney for Plaintiff, EDNA CRUZ, as Administrator of the Estate of DAVID MONTALVO, JR.

Dated: Garden City, New York
        May 10, 2022

                                    **THE RUSSELL FRIEDMAN LAW GROUP, LLP**
                                    *Attorney for Plaintiff*

              By:     /s/*Phillip H. Kim*
                       Phillip H. Kim
                       400 Garden City Plaza, Suite 500
                       Garden City, New York 11530
                       Tel: 516.355.9696
                       pkim@rfriedmanlaw.com

DM/D245794/FL2957